# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    vs.<br><br>JOHN JINGLES,<br><br>    Movant.<br>_____/ | No. CR S-98-0431-FCD-CMK<br>     CIV S-04-2090-FCD-CMK<br><br><br>ORDER TO SHOW CAUSE |

Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255. Movant filed his motion on October 4, 2004 (Doc. 303). On March 2, 2005, the court issued an order which, among other things, directed respondent to file a response to movant's motion within 30 days.[1] Respondent has failed to file a response as directed or seek an extension of time to do so. Respondent will be

---

[1] The order also denied without prejudice movant's requests for an extension of time to file an amended § 2255 motion because no such extension is required. The court advised movant that no deadline would be set for submission of an amended § 2255 motion, but cautioned that any such amended motion must comply with the Federal Rules of Civil Procedure pursuant to Rule 12 of the Federal Rules Governing Section 2255 Proceedings. For the same reason, movant's most recent request for an extension of time to file an amended motion (Doc. 307) will also be denied without prejudice.

1 directed to show cause, in writing, why appropriate sanctions should not be imposed for failure
2 to comply with the court's March 2, 2005, order.  See Local Rule 11-110.  <u>The filing of a
3 response to movant's § 2255 motion within the time provided herein will constitute an adequate
4 response to this order to show cause</u>.

5     Accordingly, IT IS HEREBY ORDERED that:

6     1.     Movant's motion for an extension of time (Doc. 307) is denied without
7 prejudice;

8     2.     Respondent is directed to show cause, in writing, within 30 days of the
9 date of this order, why sanctions should not be imposed for failure to comply with the court's
10 March 2, 2005, order;

11    3.     If respondent files a response to movant's § 2255 motion, movant's
12 traverse or reply (if respondent files an answer to the motion), if any, or opposition or statement
13 of non-opposition (if respondent files a motion in response) shall be filed and served within 30
14 days of service of respondent's response; and

15    4.     The Clerk of the Court shall serve a copy of this order, together with a
16 copy of movant's motion (Doc. 303), on the United States Attorney or his authorized
17 representative.

19 DATED:  September 5, 2006.

                                    _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE