IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Respondent,<br><br>  vs.<br><br>JOHN JINGLES,<br><br>        Movant.<br>_____/ | No. CR S-98-0431-FCD-CMK<br>     CIV S-04-2090-FCD-CMK<br><br><br>ORDER |

        Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255. Movant filed his motion on October 4, 2004 (Doc. 303). On September 7, 2006, the court directed respondent to show cause regarding the failure to file a response to movant's motion as directed by order issued on March 2, 2005. The court specified that the filing of a response to movant's motion would constitute an adequate return to the order to show cause. A review of the docket reflects that respondent filed a response on September 28, 2006. The order to show cause will, therefore, be discharged.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The court's September 7, 2006, order to show cause is discharged; and

2. Movant may file and serve a traverse or reply within 30 days of this order.

DATED: October 2, 2006.

*[signature]*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2