**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | No. CR S-98-0431-FCD-CMK |
| | | CIV S-04-2090-FCD-CMK |
| | Respondent, | |
| vs. | | <u>ORDER</u> |
| JOHN JINGLES, | | |
| | Movant. | |
| _____/ | | |

Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255.  Pending before the court is movant's motion for an extension of time (Doc. 325 in the criminal docket), filed November 13, 2006. Movant seeks additional time to file a traverse.  He also seeks a court order directing respondent to serve a copy of its response filed September 28, 2006 (Doc. 323 in the criminal docket).  Good cause appearing therefor, movant's request for an extension of time to file a traverse will be granted.  The Clerk of the Court will be directed to serve on movant a copy of Doc. 323 with this order.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's motion for an extension of time is granted;

2. Movant may file a traverse within 30 days of the date of this order; and

3. The Clerk of the Court is directed to serve on movant a copy of Doc. 323 with this order.

DATED: November 15, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE