IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S-98-0431-FCD-CMK |
| Respondent, | CIV S-04-2090-FCD-CMK |
| vs. | ORDER |
| JOHN WESLEY JINGLES, | |
| Movant. | |
| _____/ | |

Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On August 24, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days.  No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 24, 2007, are adopted in full;

2. Movant's motion pursuant to 28 U.S.C. § 2255 (Doc. 303 in the criminal docket) is denied; and

3. The Clerk of the Court is directed to close companion civil case no. CIV S-04-2090-FCD-CMK.

DATE: October 17, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE