IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR S-98-0431-FCD-CMK |
| | CIV S-04-2090-FCD-CMK |
| Respondent, | |
| vs. | ORDER |
| JOHN WESLEY JINGLES, | |
| Movant. | |
| _____/ | |

Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255.  Pending before the court is movant's request for a certificate of appealability (Doc. # 338), filed on January 28, 2008.

Movant has timely filed a notice of appeal of this court's denial of his motion under 28 U.S.C. § 2255.  Before movant can appeal this decision, a certificate of appealability must issue under 28 U.S.C. § 2253(c).  See Fed. R. App. P. 22(b); see also 28 U.S.C. § 2255.  A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.  See Fed. R. App. P.

22(b).  For the reasons set forth in the magistrate judge's August 24, 2007, findings and recommendations, movant has not made a substantial showing of the denial of a constitutional right.

Accordingly, IT IS HEREBY ORDERED that movant's request for a certificate of appealability is denied.

DATED: February 21, 2008.

　　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE