UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN WESLEY JINGLES, et al.,<br><br>Defendants. | No. 2:98-cr-00431-KJM-CMK<br><br><br><br>ORDER |

This matter is before the court on defendant John Wesley Jingle's Motion to Reduce Sentence. (ECF 370). Defendant filed his motion on November 5, 2013; the government opposed on December 12, 2013 (ECF 375). On December 30, 2013, defendant filed the first of two motions for extension of time to reply to the government's opposition. (ECF 377.) Defendant claimed he had not yet received the government's opposition; he averred that because his place of incarceration has only one mail room for three different facilities, it can sometimes take up to one month to receive mail. (*Id.*) On January 13, 2014, defendant filed his second request for an extension, stating he still had not received the government's opposition. (ECF 378.) On January 15, 2014, the government filed a certificate of service attesting an Assistant United States Attorney had served by mail a copy of the government's opposition on defendant that same day. (ECF 379.)

/////

1  Given defendant's averment that the mail sometimes takes a month to reach him,
2 the court sets a final deadline of February 28, 2014, for defendant to file his reply.  This deadline
3 will allow defendant, in the event the opposition takes a month to reach him, roughly two weeks
4 to prepare a response.
5  IT IS SO ORDERED.
6 DATE:  January 30, 2014.

_____
UNITED STATES DISTRICT JUDGE