UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:98-cr-0431 KJM CMK |
| Plaintiff, | Court of Appeals Docket # 17-15375 |
| v. | <u>ORDER</u> |
| JOHN WESLEY JINGLES, | |
| Defendant. | |

    The United States Court of Appeals for the Ninth Circuit has remanded this action to this court for the limited purpose of granting or denying a certificate of appealability for defendant's appeal from this court's December 9, 2016 order. That order denied defendant's motion for reconsideration of the court's September 30, 2015 order denying defendant's motion to reopen proceedings on his motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255.

    In the September 30, 2015 order, the court denied defendant's motion to reopen proceedings on his § 2255 motion as untimely because the motion to reopen had been presented more than seven years after the court's November 29, 2007 denial of his § 2255 motion; two years later that decision was affirmed by the United States Court of Appeals for the Ninth Circuit. ECF No. 386 at 11-12. In the December 9, 2016 order, the court found defendant had "not shown an extraordinary circumstance that warrants reconsideration of an order made nine years ago that has been affirmed on appeal." ECF No. 389 at 3. The court also rejected defendant's contention

1

that the court had failed to reach an ineffective assistance of counsel claim contained within defendant's seventh claim for relief in his § 2255 motion, finding that the seventh claim had been denied and that all contentions of ineffective assistance of counsel within that claim had been expressly rejected by the denial of three ineffective assistance of counsel claims raised in the § 2255 motion. *Id*.

Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts provides that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." Rule 11, 28 U.S.C. foll. § 2254. In the present context, the court should only issue a certificate of appealability "if the movant shows that (1) jurists of reason would find it debatable whether the district court abused its discretion in denying the Rule 60(b) motion and (2) jurists of reason would find it debatable whether the underlying section 2255 motion states a valid claim of the denial of a constitutional right." *United States v. Winkles*, 795 F.3d 1134, 1143 (9th Cir. 2015). The court concludes neither criterion is satisfied here. Specifically defendant has not shown it is debatable whether this court abused its discretion in denying his motion to reopen his § 2255 motion, nor has he shown it is debatable whether the underlying § 2255 motion, the denial of which has been affirmed on appeal, states a valid claim that movant's constitutional rights were violated. Accordingly, this court declines to issue a certificate of appealability.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This court declines to issue a certificate of appealability; and
2. The Clerk of the Court is directed to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit.

DATED: April 11, 2017.

                                                                                                    _____
                                                                                                    UNITED STATES DISTRICT JUDGE