UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:98-CR-00431-KJM |
| Plaintiff, | ORDER |
| v. | |
| JOHN WESLEY JINGLES, | |
| Defendant. | |

Defendant John Jingles is currently serving a life sentence for his conviction on twenty-five counts related to a drug dealing enterprise. As part of his sentence, the court imposed a $2,500 special assessment and a $1,000,000 fine. *See* Am. J., ECF No. 288 at 6. On February 14, 2019, Mr. Jingles filed a letter with the court stating that was recently transferred from U.S.P. Yazoo City to U.S.P. Florence, and the "unit team" at U.S.P. Florence has insisted he pay a higher monthly payment towards the balance of his fine. Request, ECF No. 425 at 1. Mr. Jingles alleges that, when he refused to make the higher payment, the team at U.S.P. Florence turned off defendant's "phone, e-mail, and access to the computer which includes the law library" and made his "commissary spending balance zero." *Id.*

In response, the court contacted the Federal Defender's Office and asked a representative of that office to review Mr. Jingles' letter. The court has been advised that a representative of the Federal Defender will be contacting Mr. Jingles shortly, to provide

information and in an effort to resolve his concerns informally.  Mr. Jingles is DIRECTED to notify the court within thirty (30) days of this order if, after hearing from the Federal Defender, he still wishes the court to resolve the motion as filed.

The Clerk of Court is directed to serve a courtesy copy of this order on the Federal Defender.

IT IS SO ORDERED.

DATED: February 26, 2019.

_____
UNITED STATES DISTRICT JUDGE