UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN WESLEY JINGLES,<br><br>Defendant. | No. 2:98-CR-00431-KJM<br><br><br><br>ORDER |

In light of the mandate from the Ninth Circuit Court of Appeals, ECF No. 435, the court hereby AMENDS the previously amended judgment entered against defendant John Wesley, ECF No. 288, as follows:

1. On page two of the amended judgment, the reference to 21 U.S.C. § 846 and the words "conspiracy to" in regard to count numbers 21 and 22 are deleted.
2. On page four of the amended judgment, the term of supervised release is amended to reflect the terms that the sentencing court imposed on each count of conviction during its oral pronouncement of sentence: specifically, "Upon release from imprisonment, the defendant shall be on supervised release for a term of 60 months on each of counts 2, 21, 22 and 48 months on each of counts 5, 11 through 14, 23 through 29, 35, and 36 months on each of counts 37, 38, 42 through 45, 47 through 49 all to be served concurrently for a total term of 60 months."

1

3. Finally, on page six of the amended judgment, the criminal monetary penalties are amended to reflect the interest requirement on the $1,000,000 fine is waived.

The Clerk of Court is directed to prepare a second amended judgment for filing as promptly as possible, with the judgment's effective date retroactive to the date of original sentencing.

IT IS SO ORDERED.

DATED: September 27, 2019.

_____
UNITED STATES DISTRICT JUDGE