UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent,<br><br>　　v.<br><br>JOHN WESLEY JINGLES,<br><br>　　　　　　Movant. | No. . 2:98-cr-00431-DJC-JDP (HC)<br><br><br><br>ORDER |

　　　　Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 20, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 474.) Movant was granted an extension of time and given until March 27, 2023 to file objections. (ECF No. 476.) That time has passed and neither party has filed objections.

　　　　The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law

are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").

Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.  Movant's motion to modify the fine has no legal justification and is improper as a § 2255 motion.  Movant's § 2255 motion is untimely as the Second and Third Amended Judgment did not constitute new judgements and the present § 2255 motion was filed more than one year after Movant's conviction was finalized.  *See United States v. Gilbert*, 807 F.3d 1197, 1201 (9th Cir. 2015); *Turner v. Baker*, 912 F.3d 1236, 1239 (9th Cir. 2019).

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued January 20, 2023 (ECF No. 474) are ADOPTED in full;

2. Movant's section 2255 motion (ECF No. 453) is DENIED;

3. Movant's motion to modify fine (ECF No. 458) is DENIED;

4. The Court declines to issue the Certificate of Appealability as Petitioner has not made a substantial showing of the denial of a constitutional right.  *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

Dated:   **June 2, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE